**MILWAUKEE COUNTY OFFICE OF CORPORATION COUNSEL**

Milwaukee County Courthouse
901 N. 9th Street, Room 303
Milwaukee, WI 53233
Telephone: 414-278-4300
FAX: 414-223-1249

SCOTT F. BROWN
**Corporation Counsel**

WILLIAM G. DAVIDSON
JENNIFER K. RHODES
**Deputy Corporation Counsel**

MELINDA S. LAWRENCE
**Interim Deputy Corporation Counsel**

ALAN M. POLAN
DALE R. NIKOLAY
NELSON W. PHILLIPS III
JUDD H. TABACK
RACHEL L. EBERT
JAMES G. DAVIES
ABIGAIL BLUETT
JONATHAN T. BECK
PATRISHA A. SMITH
ANYA R. PARFENOFF
**Assistant Corporation Counsel**



June 13, 2025

<u>Via ECF Only</u>
Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Avenue
Milwaukee, WI 53202

  Re: *Richard Alan Busalacchi v. Kristin Jastroch, et al.*
    E.D. Wis. Case No. 2:25-cv-00387-PP

Dear Judge Pepper:

Having reviewed Plaintiff's brief opposing defendants' motions to dismiss, I write only to inform the Court that Defendants Taylor and Vincent will not submit a reply brief but agree with Mr. Busalacchi that his case should be dismissed. To that end, Defendants Taylor and Vincent respectfully renew the request made in their Motion to Dismiss the Amended Complaint and ask the Court to dismiss this case with prejudice.

       Respectfully submitted,

       Milwaukee County Office of Corporation Counsel

       *s/ William G. Davidson*
       WILLIAM G. DAVIDSON
       Deputy Corporation Counsel

WGD/rd

*The Office of Corporation Counsel strengthens the County community and empowers residents through highly competent, creative, compassionate and responsive legal services provided in strategic partnership with County stakeholders to optimize decision making, reduce risks, and maximize public resources.*

Case 2:25-cv-00387-WED Filed 06/13/25 Page 1 of 1 Document 41